# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**BRENDA LEE SCHOONOVER,**

**Plaintiff,**

v.

Case No: 5:17-cv-271-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Brenda Lee Schoonover's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits. On June 6, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 23), to which Plaintiff filed objections (Doc. 24) and Defendant filed a response (Doc. 25).

The Administrative Law Judge's ("ALJ") findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Plaintiff properly objected concerning the ALJ's treatment and consideration of the opinions of consultative psychological evaluator Dr. William Rigby, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of

42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___3a___ day of August, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record